| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | | C/M |
|---|---|---|
| ----------------------------------------------------------------- X<br>KWADWO BROWN,<br>　　　　　　　　　　Plaintiff,<br>　　　- against -<br>FEDERAL BUREAU OF INVESTIGATIONS *et al.*,<br>　　　　　　　　　　Defendants.<br>----------------------------------------------------------------- X | : : : : : : : : : : : : | **MEMORANDUM DECISION AND ORDER**<br><br>20-cv-623 (BMC) (CLP) |

**COGAN**, District Judge.

Plaintiff, proceeding *pro se*, commenced this action alleging that he was the subject of investigation in a meritless case. By Order dated February 4, 2020, the Court dismissed the complaint but granted plaintiff leave to file an amended complaint within 20 days of the date of the Order. Plaintiff has not filed an amended complaint and the time for doing so has passed.

Accordingly, the complaint is hereby dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). The Clerk of Court is directed to enter judgment and close this case.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.

Dated: Brooklyn, New York
　　　　March 4, 2020